THE STATE, THE NEWARK AND SOUTH ORANGE HORSE CAR RAILROAD COMPANY, PROSECUTOR, PLAINTIFF IN ERROR, v. A. JUDSON CLARK, RECEIVER OF TAXES, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of the Supreme Court, see 24 *Vroom* 332.

For the plaintiff in error, *John W. Taylor.*

For the defendant in error, *Joseph Coult.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given in the court below.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, MAGIE, REED, BOGERT, BROWN, CLEMENT, SMITH. 9.

*For reversal*—None.